427 A.2d 1197

Commonwealth v. Cutchall, Appellant.

 Submitted November 15, 1979. Robert G. Kochems, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

427 A.2d 1198

Commonwealth v. Dasher, Appellant.

 Submitted March 31, 1978. Robert Scandone, for appellant; Edward G. Rendall, District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and CERCONE, HOFFMAN, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence and conviction affirmed on the opinion of Judge Stout of the court below.

JACOBS, former P. J., did not participate in the decision of the case.